## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Tam'Ra Danielle Cooper**
                          **Debtor(s)**

**BK NO. 23-00387 HVE**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
03 Mar 2023, 12:31:47, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 37d47820c0ed88a72d62d6776d2ca16e8fb105df81d782ffccf74eabe8578de