FILED
**March 13, 2023**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

**From:** creditor matrix <CreditorMatrix@pamb.uscourts.gov>
**Sent:** Monday, March 13, 2023 9:59 PM
**To:** PAMBml_CreditorMatrix <CreditorMatrix@pamb.uscourts.gov>
**Subject:** Creditor matrix for Tam'Ra Cooper, 7389

Debtor
===================
name: Tam'Ra Cooper
Case:
SSN: 7389
Phone: 717-634-0164
Email: tdcooper25@msn.com
===================
NEW:5
DELETED:0
Total:5
===================
PayPal Credit
P.O.Box 965004
Orlando, FL 32896-5004

Mr. Cooper
P.O.Box 619097
Dallas, TX 75261

Nordstroms c/o Radius Global Solutions,
7831 Glenroy Road Suite 250-A
Minneapolis, MN 55439

Penn Waste, INC
P.O. Box 3066

York, PA 17402

Credit one bank c/o Patenaude and Felix
2400 Ansys Drive, Suite 402-B
Canonburg, PA 15317