United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00387-HWV |
| Tam'Ra Dannielle Cooper | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf010 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5527343 | + | Credit One Bank, c/o Patenaude and Felix, 2400 Ansys Drive Ste 402-B, Canonburg, PA 15317-0403 |
| 5527342 | + | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: tdcooper25@msn.com | Apr 10 2023 18:34:00 | Tam'Ra Dannielle Cooper, 10821 Red Run Blvd, PO Box 1665, Owings Mills, MD 21117-1664 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 10 2023 18:43:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525842 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2023 18:42:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5527340 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2023 18:34:00 | Mr Cooper, PO Box 619097, Dallas, TX 75261-9097 |
| 5527341 | + | Email/Text: ngisupport@radiusgs.com | Apr 10 2023 18:34:00 | Nordstroms, c/o Radius Global Solutions, 7831 Glenroy Road Ste 250-A, Minneapolis, MN 55439-3132 |
| 5527339 | | Email/PDF: gecsedi@recoverycorp.com | Apr 10 2023 18:42:55 | PayPal Credit, POBox 965004, Orlando, FL 32896-5004 |
| 5523991 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 10 2023 18:43:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525655 | | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2023 18:42:55 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TAM'RA DANNIELLE COOPER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-23-00387-HWV

vs.
TAM'RA DANNIELLE COOPER

Respondent(s)

## ORDER DISMISSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 10, 2023